IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ADVANCED GENERIC CORP.<br>Plaintiff<br>vs<br>SORTER LABORATORIES DRUG TESTING, CORP. d/b/a SORTER LABORATORIES; DELIZ PHARMACEUTICAL CORPORATION; SEYER PHARMATEC, INC. d/b/a SEYER LABORATORIES; NOVIS P.R., INC.; INTERNATIONAL ETHICAL LABS, INC.; PORTAL PHARMACEUTICAL, INC.; GIL PHAMACEUTICAL CORP.; BORSCHOW HOSPITAL & MEDICAL SUPPLIES, INC.; FMC DISTRIBUTORS, INC.; CESAR CASTILLO, INC.; PUERTO RICO COLLEGE OF PHARMACISTS; JOHN DOE and COMPANY XYZ<br>Defendants | CIVIL 10-1334CCC |

**PARTIAL JUDGMENT**

Having considered the Stipulation for Voluntary Dismissal With Prejudice between Plaintiff Advanced Generic Corporation and Co-defendant International Ethical Laboratories, Inc. filed on October 7, 2011 (**docket entry 151**), which is NOTED, it is ORDERED AND ADJUDGED that judgment be and is hereby entered DISMISSING the claims brought against defendant International Ethical Laboratories, Inc., with prejudice, and without the imposition of costs or attorney's fees.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on October 13, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge