IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ADVANCED GENERIC CORP.<br>Plaintiff<br>vs<br>SORTER LABORATORIES DRUG TESTING, CORP. d/b/a SORTER LABORATORIES; DELIZ PHARMACEUTICAL CORPORATION; SEYER PHARMATEC, INC. d/b/a SEYER LABORATORIES; NOVIS P.R., INC.; INTERNATIONAL ETHICAL LABS, INC.; PORTAL PHARMACEUTICAL, INC.; GIL PHAMACEUTICAL CORP.; BORSCHOW HOSPITAL & MEDICAL SUPPLIES, INC.; FMC DISTRIBUTORS, INC.; CESAR CASTILLO, INC.; PUERTO RICO COLLEGE OF PHARMACISTS; JOHN DOE and COMPANY XYZ<br>Defendants | CIVIL 10-1334CCC |

**PARTIAL JUDGMENT**

Having considered the Stipulation for Dismissal with Prejudice filed by plaintiff Advanced Generic Corp. (AGC) and codefendant César Castillo, Inc. (**docket entry 177**), the same is GRANTED. Accordingly, it is ORDERED and ADJUDGED that partial judgment be and is hereby entered DISMISSING the claims brought by plaintiff AGC against defendant César Castillo, Inc., with prejudice, and without the imposition of costs or attorney's fees.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on December 28, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge