IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ADVANCED GENERIC CORPORATION <br><br> Plaintiff <br><br> vs <br><br> SORTER LABORATORIES DRUG TESTING, CORP. d/b/a SORTER LABORATORIES; DELIZ PHARMACEUTICAL CORPORATION; SEYER PHARMATEC, INC. d/b/a SEYER LABORATORIES; NOVIS P.R., INC.; INTERNATIONAL ETHICAL LABS, INC.; PORTAL PHARMACEUTICAL, INC.; GIL PHARMACEUTICAL CORP.; BORSCHOW HOSPITAL & MEDICAL SUPPLIES, INC.; FMC DISTRIBUTORS, INC.; CESAR CASTILLO, INC.; PUERTO RICO COLLEGE OF PHARMACISTS; JOHN DOE and COMPANY XYZ <br><br> Defendants | CIVIL 10-1334CCC |
| NOVIS PR, Inc. <br><br> Counter-Claimant/Third-Party Plaintiff <br><br> vs <br><br> ADVANCED GENERIC CORPORATION <br><br> Counter-Defendant <br><br> vs <br><br> JOSE C. LLORENS <br><br> Third-Party Defendant | |
| PORTAL PHARMACEUTICAL, INC. <br><br> Counter-Claimant <br><br> vs | |

CIVIL 10-1334CCC                                   2

| ADVANCED GENERIC CORPORATION |
| --- |
| Counter-Defendant |

## JUDGMENT

Having considered that plaintiff Advanced Generic Corporation, defendant Novis PR, Inc. and third-party defendant José Lloréns entered a Stipulation for Dismissal with Prejudice (**d.e. 271**) on April 17, 2018, it is ORDERED and ADJUDGED that judgment be entered DISMISSING all their respective causes of action in this case against each other, WITH PREJUDICE and without assessment of attorney's fees or costs for any of the appearing parties.

The pretrial/settlement conference scheduled for April 18, 2018 is, therefore, VACATED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on April 20, 2018.

                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge